AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America
v.

Gustavo RODRIGUEZ-PIEDRA

*Defendant*

Case No. 3:25-mj-00070

RECEIVED
By CSanso at 3:22 pm, Feb 10, 2025

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Gustavo RODRIGUEZ-PIEDRA,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Reentry of a Previously Removed Alien in violation of Title 8, U.S.C., Section 1326(a)

FILED
RICHARD W. NAGEL
CLERK OF COURT
FEB 11 2025 2:02 PM
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-DAYTON

Date: 02/10/2025

City and state: Dayton, Ohio

Peter B. Silvain, Jr.
United States Magistrate Judge

### Return

This warrant was received on *(date)* 2-10-2025, and the person was arrested on *(date)* 2-11-2025
at *(city and state)* Dayton, OH

Date: 2-11-2025

*Arresting officer's signature*

Ryan N. Sutphin, Special Agent
*Printed name and title*