**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:25-mj-70 |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| vs. | : | |
| | : | |
| GUSTAVO RODRIGUEZ-PIEDRA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

---

**ORDER OF TEMPORARY DETENTION**

---

Upon motion of the United States of America, it is ordered that a detention hearing is set for February 14, 2025 at 2:00 p.m. before United States Magistrate Judge Peter B. Silvain, Jr., at Walter H. Rice Federal Building and U.S. Courthouse, 200 West Second Street, Courtroom #5, Dayton, Ohio.

Pending this hearing, Defendant is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED**.

February 11, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge